IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 21 WELFARE FUND, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> ARLINE CONSTRUCTION SERVICES, LLC <br><br> *Defendant.* | CIVIL ACTION <br><br> NO. 21-3862 |

## ORDER

**AND NOW**, this 1st day of November 2022, upon consideration of Plaintiffs' Motion for Default Judgment (ECF 5), it is hereby **ORDERED** that:

1. Defendant Arline Construction Services, LLC, turn over all necessary books and records on or before December 1, 2022.

2. Plaintiffs must, on or before November 15, 2022, clarify and substantiate the specific amount of attorneys' fees sought.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.