IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| International Union of Painters and Allied Trades District Council 21 Welfare Fund, et al.,<br><br>        *Plaintiffs,*<br><br>  v.<br><br>Arline Construction Services, LLC,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 21-3862 |

## ORDER

**AND NOW**, this 23rd day of October 2024, upon consideration of Plaintiffs' Second Motion for Default Judgment (ECF No. 23), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered for the Plaintiffs and against Arline Construction Services, LLC, for $204,274.78 in the following amounts:

1. $140,193.46 in unpaid contributions during the period of September 1, 2019 to December 31, 2022;
2. $28,845.32 in interest;
3. $28,038.69 in liquidated damages;
4. $2,487.26 in audit costs;
5. $4,612.50 in attorneys' fees; and
6. $97.55 in litigation costs.

                                            BY THE COURT:

                                            ***/s/ Gerald J. Pappert***
                                            Gerald J. Pappert, J.